52975
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation
JM5630_____

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE: MACKENZIE E. LUTZ | CHAPTER: 13<br>CASE NO: 21-19337 (ABA)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Credit Acceptance Corporation hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Credit Acceptance Corporation with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Credit Acceptance Corporation, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees

appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Credit Acceptance Corporation by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, Michigan 48034

Credit Acceptance Corporation pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ __John R. Morton, Jr.___
John R. Morton, Jr., Esquire
Attorney for Credit Acceptance Corporation

Dated: