# MORTON & CRAIG LLC

ATTORNEYS AT LAW
SUITE 301
110 MARTER AVENUE
MOORESTOWN, NEW JERSEY 08057
---------------
(856) 866-0100
FAX (856) 722-1554

JOHN R. MORTON, JR.
WILLIAM E. CRAIG*
DEBORAH MORFORD*

*MEMBER OF PA AND NJ BARS

IN REPLY PLEASE
REFER TO:

**53032**

February 3, 2022

Office of Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
*Attn.: Ms. Isabel Balboa*
*VIA ECF-FILING AND REGULAR MAIL*

**Re:  In Re Mackenzie E. Lutz**
      **Case number: 21-19337 (ABA)**

Dear Ms. Balboa:

This letter is to advise you of a settlement reached between this office on behalf of Credit Acceptance Corporation ("Credit Acceptance") and the debtor's attorney in the above captioned matter. The collateral in question is the 2008 Hummer H3. The debtor agrees to pay the value of $5,212.84 (the net loan balance), plus interest at a rate of 5.25% over the life of the Plan (60 months).

If interest were pre-computed the total secured amount to be paid to Credit Acceptance would be **$5,754.16**. This amount is to be paid through The Chapter 13 Plan and payments to Credit Acceptance are to be administered by The Office of The Chapter 13 Trustee. In addition, the debtor has agreed to pay adequate protection payments through the plan to Credit Acceptance in the amount of $100.00 per month, starting January 2022, up to and after confirmation, until normal distributions are to be made to Credit Acceptance. <u>An order is being submitted to effectuate the adequate protection payments</u>.

If you have any questions or concerns, please contact me at this office.

Very truly yours,

/s/ William E. Craig
William E. Craig
Attorney for Credit Acceptance Corporation

cc:  Moshe Rothenberg, Esquire