Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−19337−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mackenzie E Lutz
    2921 Wilson Avenue
    Vineland, NJ 08360

Social Security No.:
    xxx−xx−9761

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2022.

Dated: March 24, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 21-19337-ABA

Mackenzie E Lutz                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 2

Date Rcvd: Mar 24, 2022                       Form ID: plncf13                      Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mackenzie E Lutz, 2921 Wilson Avenue, Vineland, NJ 08360-7016 |
| 519481853 | + | John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 519454200 | | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 519461564 | + | Rebecca A. Solarz Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519454202 | | Vineland Municipal Utilities, 640 E Wood St, Vineland, NJ 08360-3722 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Mar 24 2022 20:38:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 519454198 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 24 2022 20:38:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 519487215 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2022 20:42:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519454195 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 20:41:51 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519454196 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 20:52:47 | Citicards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519454197 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2022 20:44:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519454199 | | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519457642 | | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519494900 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2022 20:42:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519493585 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 24 2022 20:42:13 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519454201 | | Email/Text: banko@preferredcredit.com | Mar 24 2022 20:38:00 | Preferred Credit, PO Box 1970, Saint Cloud, MN 56302-1970 |
| 519501410 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2022 20:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 20 |

| 519454937 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Mar 24 2022 20:42:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Mackenzie E Lutz moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation mortoncraigecf@gmail.com  mortoncraigecf@gmail.com |

TOTAL: 6