UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Mackenzie E. Lutz, Debtor(s)

Case No.:    21-19337 ABA

Chapter:    13

Hearing Date:    _____

Judge:    Andrew B. Alterburn

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Notice of Postpetition Mortgage Fees, Expenses, and Charges

 filed on 05/02/2022 at 11:37 AM

Date: 05/02/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*