Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-19337 (ABA)

Mackenzie E. Lutz  
2921 Wilson Avenue  
Vineland, NJ  08360

Monthly Payment: $250.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $200.00 | 02/16/2022 | $249.00 | 03/17/2022 | $249.00 | 04/18/2022 | $250.00 |
| 05/26/2022 | $250.00 | 06/17/2022 | $250.00 | 07/18/2022 | $250.00 | 08/22/2022 | $250.00 |
| 09/19/2022 | $250.00 | 10/17/2022 | $250.00 | 11/17/2022 | $250.00 | 12/16/2022 | $250.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MACKENZIE E. LUTZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $1,600.00 | $1,270.36 | $329.64 | $0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $2,974.15 | $0.00 | $2,974.15 | $0.00 |
| 2 | CITICARDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $611.46 | $0.00 | $611.46 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $5,754.16 | $1,200.00 | $4,554.16 | $0.00 |
| 5 | DISCOVER BANK | 33 | $5,777.69 | $0.00 | $5,777.69 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $844.41 | $0.00 | $844.41 | $0.00 |
| 7 | PREFERRED CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF VINELAND | 24 | $660.20 | $0.00 | $660.20 | $0.00 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK USA, N.A. | 33 | $3,199.56 | $0.00 | $3,199.56 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $2,723.07 | $0.00 | $2,723.07 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,335.38 | $0.00 | $1,335.38 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 2.00 | $0.00 |
| 03/01/2022 | Paid to Date | $698.00 |
| 04/01/2022 | 57.00 | $250.00 |
| 01/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,948.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $228.50 |
| Arrearages: | $0.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**