ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 21-19337 (ABA)**

Mackenzie E. Lutz
2921 Wilson Avenue
Vineland, NJ  08360

Monthly Payment: $250.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/17/2023 | $250.00 | 02/17/2023 | $250.00 | 03/16/2023 | $250.00 | 04/17/2023 | $250.00 |
| 05/15/2023 | $250.00 | 06/16/2023 | $250.00 | 07/24/2023 | $250.00 | 08/21/2023 | $250.00 |
| 09/26/2023 | $250.00 | 10/16/2023 | $250.00 | 11/16/2023 | $250.00 | 12/18/2023 | $250.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | MACKENZIE E. LUTZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $1,600.00 | $1,600.00 | $0.00 | $329.64 |
| 1 | CAPITAL ONE, N.A. | 33 | $2,974.15 | $0.00 | $2,974.15 | $0.00 |
| 2 | CITICARDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $611.46 | $0.00 | $611.46 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $5,754.16 | $2,970.08 | $2,784.08 | $1,770.08 |
| 5 | DISCOVER BANK | 33 | $5,777.69 | $0.00 | $5,777.69 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $844.41 | $345.02 | $499.39 | $345.02 |
| 7 | PREFERRED CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF VINELAND | 24 | $660.20 | $269.76 | $390.44 | $269.76 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE, N.A. | 33 | $3,199.56 | $0.00 | $3,199.56 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $2,723.07 | $0.00 | $2,723.07 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,335.38 | $0.00 | $1,335.38 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 01/01/2022 | 2.00 | $0.00 |
| 03/01/2022 | Paid to Date | $698.00 |
| 04/01/2022 | 57.00 | $250.00 |
| 01/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,000.00 |
| Total paid to creditors this period: | $2,714.50 |
| Undistributed Funds on Hand: | $226.00 |
| Arrearages: | $250.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**